# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

JAMES ALLERSON BROUSSARD     CIVIL ACTION NO. 6:16-cv-00440

VERSUS

    JUDGE ELIZABETH FOOTE

U.S. COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION     MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS THEREFORE ORDERED** that the Commissioner's decision is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative action under sentence four of 42 U.S.C. § 405(g), specifically for the purpose of obtaining the testimony of a vocational expert regarding whether there are jobs available in the economy that the claimant can perform.

**THUS DONE AND SIGNED** this 24th day of October, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE